JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRACY DEVON THOMAS, | ) | Case No. CV 20-4454 FMO |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 21st day of May, 2020

/s/<br>
Fernando M. Olguin<br>
United States District Judge